UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| In re:<br><br>NOEMI VALDEZ PINEDO AND<br><br>MARGARITO ALONSO PINEDO<br><br><br><br>Debtors. | Case No.: 09-54650<br>Chapter: 11<br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.; (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

        BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
        c/o McCALLA RAYMER, LLC
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia 30076

Dated: July 10, 2009

    Respectfully Submitted

                McCALLA RAYMER, LLC

                /S/    John D. Schlotter
                John D. Schlotter
                Authorized Agent for Secured Creditor

```
                                          1544 Old Alabama Road
                                          Roswell, GA 30076
                                          Phone: 770-643-2730 / Fax: 770-643-4217
```

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                          (SAN JOSE DIVISION)
```

| In re: | Case No.: 09-54650 |
|---|---|
| NOEMI VALDEZ PINEDO AND | Chapter: 11 |
| MARGARITO ALONSO PINEDO | CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE |
| Debtors. | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Special Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 10th day of July, 2009.

<u>Debtor's Attorney</u>

Sara J. Lipowitz, Esq.
Law Office of Sara J. Lipowitz
303 Potrero Street#27
Santa Cruz, CA 95060

<u>Chapter 13 Trustee</u>

NEED  TRUSTEE


<u>US TRUSTEE</u>

OFFICE OF THE UNITED STATES TRUSTEE
280 SOUTH FIRST STREET, ROOM 268
SAN JOSE, CALIFORNIA 95113


/s/ John D. Schlotter
John D. Schlotter, Esq. Georgia Bar No. 629456
1544 Old Alabama Road
Roswell, Georgia  30076-2102
Phone: 770-643-2730 / Fax: 770-643-4217

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA 30076-2102</u>
TELEPHONE:770-643-2148
TELEFAX:866-761-0279
770-643-2148

July 10, 2009

Clerk, United States Bankruptcy Court
280 S. First St.
Room 3035
San Jose, California 95113-3099

**<u>REQUEST FOR SERVICE OF NOTICES
AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN</u>**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Noemi Valdez Pinedo & Magarito Alonso Pinedo |
| | Case Number | : | 09-54650 |
| | Chapter | : | 11 |
| | Secured Creditor | : | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |
| | Loan Number | : | XXX8105 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

        BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

        c/o McCALLA RAYMER, LLC
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia 30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

    We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        John D. Schlotter

        John D. Schlotter, Esquire

cc: NEED TRUSTEE