POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for America's Wholesale Lender
C.094-5115

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 09-54650 |
| Noemi Valdez Pinedo AKA Naomi Valdez and Margarito Alonso Pinedo AKA Alonso Pinedo DBA Bella Fashions, Alonso Pinedo Handyman, | Chapter 11 |
| | NOTICE OF APPEARANCE |
| Debtor. | |
| _____/ | |

BAC Home Loans Servicing, LP, servicing agent on behalf of America's Wholesale Lender, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of America's Wholesale Lender. The undersigned hereby requests that any pleadings and documents that America's Wholesale Lender is entitled to, be mailed to said attorneys addressed as follows:

**POLK, PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: July 20, 2009        By */s/ Dean R. Prober*
                                              Dean R. Prober, Esquire #106207

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Asalia Catalan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On July 29, 2009, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at

Woodland Hills, California, addressed as follows:

Noemi Valdez Pinedo
Margarito Alonso Pinedo
418 California Street #C
Salinas, CA 93901
Debtors

Sara J. Lipowitz, Esquire
Law Office of Sara J. Lipowitz
303 Potrero Street, #27
Santa Cruz, CA 95060
Attorney for Debtors

Office of the U.S. Trustee
U.S. Federal Building
280 South 1st Street, #268
San Jose, CA 95113-3004
Chapter 11 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2009, at Woodland Hills, California.

*/s/ Asalia Catalan*
Asalia Catalan