Sara J. Lipowitz (State Bar No. 209163)
LAW OFFICE OF SARA J. LIPOWITZ
303 Potrero St., #45-102
Santa Cruz, California 95060
Telephone Number: (831) 427-0546
Facsimile Number: (831) 427-0530
Email Address: saral@lipowitzsolutions.com

Attorney for Debtors,
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>NOEMI VALDEZ PINEDO and<br>MARGARITO ALONSO PINEDO,<br><br>    Debtors. | Case No. 09-54650-ASW<br><br>Chapter 11<br><br>**Date: June 21, 2010**<br>**Time: 2:00 p.m.**<br>**Courtroom: 3020**<br>**Honorable Arthur S. Weissbrodt** |

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned certify:

I am a citizen of the United States and a resident of Santa Cruz, California. I am now, and at all times herein mentioned, over the age of eighteen years and not a party to the above-captioned matter. My business address is 303 Potrero Street, No. 45-102, Santa Cruz, California 95060.

On May 27, 2010, the following document: **Notice of Hearing on Debtors' Fourth Amended Disclosure Statement** was served on the persons listed in Exhibit "A" attached hereto, by placing true copies thereof enclosed in sealed envelopes, first class United States mail with postage fully prepaid thereon and depositing it in the United States mail at Santa Cruz, California.

///

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Cruz, California on May 27, 2010.

By: /s/ Sara J. Lipowitz
Sara J. Lipowitz, Attorney for Debtors
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

NOTICE OF HEARING  Case No. 09-54650-ASW

2

Case: 09-54650  Doc# 73-1  Filed: 05/27/10  Entered: 05/27/10 16:24:58  Page 2 of 6

EXHIBIT A

```
Label Matrix for local noticing        America's Wholesale Lender       America's Wholesale Lender
0971-5                                  7105 Corporate Drive             4500 Park Granada
Case 09-54650                           PTX-B-35                         Calabasas, CA 91302-1613
Northern District of California         Plano, TX 75024-4100
San Jose
Fri Dec 11 10:26:58 PST 2009

America's Wholesale Lender              America's Wholesale Lender       American Express
910 E. Hamilton Ave. #110               c/o BAC Home Loans Servicing, LP P.O. Box 0001
Campbell, CA 95008-0612                 7105 Corporate Drive             Los Angeles, CA 30096-8000
                                        PTX-B-35
                                        Plano, TX 75024-4100

American Express                        American Express                 American Express Bank FSB
P.O. Box 981535                         P.O. Box 981537                  c/o Becket and Lee LLP
El Paso, TX 79998-1535                  El Paso, TX 79998-1537           POB 3001
                                                                         Malvern PA 19355-0701

BAC Home Loans Servicing, L.P.          BAC Home Loans Servicing, L.P.   BAC Home Loans Servicing, L.P. fka Countrywi
c/o McCalla Raymer, LLC                 Bankruptcy Department            Bankruptcy Department
Bankruptcy Department                   1544 Old Alabama Road            7105 Corporate Drive
1544 Old Alabama Road                   Roswell, GA 30076-2102           Mail Stop PTX-C-35
Roswell, GA 30076-2102                                                   Plano, TX 75024-4100

Bank Of America                         Bank Of America                  Bank of America, NA
100 North Tryon St.                     Customer Service                 c/o BAC Home Loans Servicing, LP
Charlotte, NC 28255-0001                P.O. Box 5170                    7105 Corporate Drive
                                        Simi Valley, CA 93062-5170       PTX-B-35
                                                                         Plano, TX 75024-4100

CA Employment Development Dept.         CA Franchise Tax Board           CHASE BANK USA
Bankruptcy Group MIC 92E                Attn: Special Procedures         PO BOX 15145
P.O. Box 826880                         P.O. Box 2952                    WILMINGTON, DE 19850-5145
Sacramento, CA 94280-0001               Sacramento, CA 95812-2952

Chase                                   Chase                            Chase Card Services
300 Brooksedge Blvd.                    P.O. Box 94014                   P.O. Box 15298
Westerville, OH 43081-2822              Palatine, IL 60094-4014          Wilmington, DE 19850-5298

Countrywide Bank                        Countrywide Bank, FSB            Countrywide Home Loans
10 E. Hamilton Ave., Ste. 110           1199 North Fairfax St., Ste. 500 Loan Servicing Default Legal
Campbell, CA 95008-0612                 Alexandria, VA 22314-1453        7105 Corporate Dr.
                                                                         Plano, TX 75024-4100

Dilworth Paxson, LLP                    Discover Bank                    (p)DISCOVER FINANCIAL SERVICES LLC
1500 Market St., Ste. 3500E             DFS Services LLC                 PO BOX 3025
Philadelphia, PA 19102-2101             PO Box 3025                      NEW ALBANY OH 43054-3025
                                        New Albany, Ohio 43054-3025

Discover Card                           Franchise Tax Board              GEMB/Gap
P.O. Box 6103                           Bankruptcy Unit                  P.O. Box 981400
Carol Stream, IL 60197-6103             P.O. Box 2952                    El Paso, TX 79998-1400
                                        Sacramento, CA 95812-2952
```

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JP Morgan Chase
270 Park Ave.
New York, NY 10017-2014

Sara J. Lipowitz
Law Office of Sara J. Lipowitz
303 Potrero St. #27
Santa Cruz, CA 95060-2782

Macy's
P.O. Box 8118
Mason, OH 45040-8118

Macy/DSNB
9111 Duke Blvd.
Mason, OH 45040-8999

Monterey County Treasurer-Tax Collector
P.O. Box 851
Salinas, CA 93902-0891

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Margarito Alonso Pinedo
418 California St. #C
Salinas, CA 93901-3636

Noemi Valdez Pinedo
418 California St. #C
Salinas, CA 93901-3636

Polk, Prober and Raphael
20750 Ventura Blvd. #100
Woodland Hills, CA 91364-6207

Dean Prober
Polk, Prober and Raphael
20750 Ventura Blvd. #100
Woodland Hills, CA 91364-6207

John D. Schlotter
McCalla, Raymer, Padrick, Cobb et al
1544 Old Alabama Rd.
Roswell, GA 30076-2132

Sears/CBSD
701 E. 60th St. North
P.O. Box 6241
Sioux Falls, SD 57117-6241

Sears/CBSD
P.O. Box 6189
Sioux Falls, SD 57117-6189

Secretary of The Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001

Sentry Credit, Inc.
2809 Grand Ave.
Everett, WA 98201-3417

Sentry Credit, Inc.
P.O. Box 12070
Everett, WA 98206-2070

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279-0001

State Board of Equalization
111 E Navajo Dr. #100
Salinas, CA 93906-2453

State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

TARGET NATIONAL BANK
C O Weinstein And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Target
1000 Nicollet Mall
Minneapolis, MN 55403-2467

Target National Bank
C/O Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581

Target National Bank
C/O Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-0673

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

WFFNatlBnk
P.O. Box 94498
Las Vegas, NV 89193-4498

(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

Case: 09-54650    Doc# 73-1    Filed: 05/27/10    Entered: 05/27/10 16:24:58    Page 5 of 6

Discover Card
12 Reads Way
New Castle, DE 19720-1649

(d)Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850-5316

IRS
P.O. Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
5104 N. Blythe Ave.
Fresno, CA 93727

Wachovia Dealer Services
P.O. Box 25733
Irvine, CA 92623-9733

(d)Wachovia Dealer Services
PO Box 19657
Irvine, CA. 92623-9657