Sara J. Lipowitz (State Bar No. 209163)
LAW OFFICE OF SARA J. LIPOWITZ
303 Potrero St., #45-102
Santa Cruz, California 95060
Telephone Number: (831) 427-0546
Facsimile Number: (831) 427-0530
Email Address: saral@lipowitzsolutions.com

Attorney for Debtors,
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

Entered on Docket
July 15, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed July 14, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

NOEMI VALDEZ PINEDO and
MARGARITO ALONSO PINEDO,

    Debtors.

Case No. 09-54650-ASW

Chapter 11

Date: June 21, 2010
Time: 2:00 p.m.
Courtroom: 3020
Honorable Arthur S. Weissbrodt

**ORDER APPROVING DISCLOSURE STATEMENT**
**(Fourth Amended)**

On June 21, 2010, the Court conducted a hearing on the request by Noemi Valdez Pinedo and Margarito Alonso Pinedo for approval of their Disclosure Statement ("Fourth Amended Disclosure Statement"). Appearances were noted on the record. The Court makes the following findings:

**I**

**FINDINGS OF FACT**

1. Due notice of this hearing was given to all parties in interest in accordance with the Bankruptcy Code, Bankruptcy Rules and Local Rules.

---
ORDER APPROVING DISCLOSURE STATEMENT (4TH AMENDED)    Case No. 09-54650-ASW
1

2. As amended, the Disclosure Statement contains adequate information as defined by Section 1125(a) of the United States Bankruptcy Code.

## II

## **ORDER**

Based upon the papers and pleadings filed in this matter, and the foregoing findings of fact,

**IT IS HEREBY ORDERED:**

A. The Disclosure Statement filed by Debtors, as modified on the record, is hereby approved;

B. The hearing on confirmation of the Debtors' Fourth Amended Plan of Reorganization is set for August 30, 2010 at 2:00 p.m. in Room 3020 of the United States Bankruptcy Court located at 280 South First Street, San Jose, California 95113.

C. On or before July 26, 2010, Debtors shall serve, by first class mail, postage pre-paid, on all parties in interest, including all creditors and the United States Trustee, copies of this Order; the Fourth Amended Disclosure Statement; the Fourth Amended Plan; and a ballot conforming to Official Form 14;

D. Objections to confirmation of the Fourth Amended Plan shall be filed and served no later than August 23, 2010. Copies of any objection shall be served on Debtors' counsel at the address indicated in the upper left hand corner of the first page on this Order and on the United States Trustee at 280 South First Street, Room 268, San Jose, California 95113. Debtors may reply.

E. Creditors shall return their completed ballots to Sara J. Lipowitz, Law Office of Sara J. Lipowitz, 303 Potrero Street, No. 45-102, Santa Cruz, California 95060. Ballots must be received no later than 5:00 p.m. on Monday, August 23, 2010. Ballots delivered after that time shall not be counted, except as late filed ballots.

F.  Counsel for Debtors shall prepare a tally of the ballots in accordance with Local Bankruptcy Rule 3018-1 and file that tally with the Clerk of the Court by August 25, 2010. Debtors may also file with the Court and serve on the United States Trustee a confirmation brief not less than three (3) days prior to the hearing on confirmation of the Plan.

***END OF ORDER***

Approved as to form:

Dated July ___, 2010

/s/John Wesolowski
Office of the U.S. Trustee

ORDER APPROVING DISCLOSURE STATEMENT (4TH AMENDED)  Case No. 09-54650-ASW

3

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | America's Wholesale Lender |
| 3 | 4500 Park Granada |
| | Calabasas, CA 91302-1613 |
| 4 | |
| 5 | America's Wholesale Lender |
| | 7105 Corporate Drive |
| 6 | PTX-B-35 |
| | Plano, TX 75024-4100 |
| 7 | |
| 8 | American Express |
| | P.O. Box 0001 |
| 9 | Los Angeles, CA 90096-8000 |
| 10 | American Express |
| | P.O. Box 981535 |
| 11 | El Paso, TX 79998-1535 |
| 12 | |
| | American Express Bank FSB |
| 13 | c/o Becket and Lee LLP |
| | P.O. Box 3001 |
| 14 | Malvern, PA 19355-0701 |
| 15 | |
| | BAC Home Loan Servicing, L.P. |
| 16 | Bankruptcy Department |
| | 1544 Old Alabama Road |
| 17 | Roswell, GA 30076-2102 |
| 18 | |
| | Bank of America |
| 19 | Customer Service |
| | P.O. Box 5170 |
| 20 | Simi Valley, CA 93062-5170 |
| 21 | |
| | Bank of America |
| 22 | 100 North Tryon Street |
| | Charlotte, NC 28255-0001 |
| 23 | |
| 24 | Bank of America, NA |
| | C/O BAC Home Loans Servicing, LLP |
| 25 | 7105 Corporate Drive |
| | PTX-B-35 |
| 26 | Plano, TX 75024 |
| 27 | |
| 28 | |

ORDER APPROVING DISCLOSURE STATEMENT (4TH AMENDED)   Case No. 09-54650-ASW

4

CA Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Chase
800 Brooksedge Blvd.
Westerville,l Oh 43081-2822

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Countrywide Bank, FSB
1199 North Fairfax Street, Suite 500
Alexandria, VA 22314-1453

Chase Bank USA
P.O. Box 15145
Wilmington, DE 19850

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Countrywide Bank FSB
1199 N. Fairfax Street, No. 500
Alexandria, VA 22314-1453

Countrywide Home
Bankruptcy Dept.
7105 Corporate Drive
Mail Stop PTX-C-35
Plano, TX 75024

Dilworth Paxon, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101

| | |
|---|---|
| 1 | Discover Bank |
| 2 | DFS Services LLC |
| | P.O. Box 3025 |
| 3 | New Albany, Ohio 43054-3025 |
| 4 | Discover Card |
| | P.O. Box 6103 |
| 5 | Carol Stream, IL 60197-6103 |
| 6 | |
| | Discover Card |
| 7 | 12 Reeds Way |
| | New Castle, DE 19720-1649 |
| 8 | |
| 9 | Discover Financial Services LLC |
| | P.O. Box 3025 |
| 10 | New Albany, OH 43054-3025 |
| 11 | Discover Financial Services |
| | P.O. Box 15316 |
| 12 | Wilmington, DE 19850-5316 |
| 13 | |
| | Franchise Tax Board |
| 14 | Bankruptcy Unit |
| | P.O. Box 2952 |
| 15 | Sacramento, CA 95812-2952 |
| 16 | |
| | GEMB/Gap |
| 17 | P.O. Box 981400 |
| | El Paso, TX 79998-1400 |
| 18 | |
| 19 | Internal Revenue Service |
| | Centralized Insolvency Operations |
| 20 | P.O. Box 21126 |
| | Philadelphia, PA 19114-0236 |
| 21 | |
| 22 | Internal Revenue Service |
| | Centralized Revenue Service |
| 23 | P.O. Box 21126 |
| | Philadelphia, PA 19114-0325 |
| 24 | |
| 25 | Macy/DSNB |
| | 9111 Duke Boulevard |
| 26 | Mason, OH 45040-8999 |
| 27 | |
| 28 | |

ORDER APPROVING DISCLOSURE STATEMENT (4TH AMENDED)    Case No. 09-54650-ASW

6

| | |
|---|---|
| 1 | |
| 2 | Macy's<br>P.O. Box 8118<br>Mason, OH 45040-8118 |
| 3 | |
| 4 | Monterey County Treasurer/Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 |
| 5 | |
| 6 | J.P. Morgan<br>270 Park Avenue<br>New York. NY 10017-2014 |
| 7 | |
| 8 | |
| 9 | Noemi Valdez Pinedo<br>Margarito Alonso Pinedo<br>418 California St., Unit C<br>Salinas, CA 93901 |
| 10 | |
| 11 | |
| 12 | Dean Prober<br>Polk, Prober and Raphael<br>20750 Ventura Blvd., No. 100<br>Woodland Hills, CA 91364-6207 |
| 13 | |
| 14 | |
| 15 | John D. Schlotter<br>McCalla, Raymer, Padrick, Cobb, et al<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| 16 | |
| 17 | |
| 18 | Secretary of the Treasury<br>15th and Pennsylvania Ave NW<br>Washington, DC 20220-0001 |
| 19 | |
| 20 | Sears/CBSD<br>P.O. Box 6189<br>Sioux Falls, SD 57117-6189 |
| 21 | |
| 22 | Sears/CBSD<br>701 E. 60th Street North<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| 23 | |
| 24 | |
| 25 | Sentry Credit, Inc.<br>2809 Grand Avenue<br>Everett, WA 98201-3417 |
| 26 | |
| 27 | |
| 28 | |

ORDER APPROVING DISCLOSURE STATEMENT (4TH AMENDED)        Case No. 09-54650-ASW

7

Sentry Credit, Inc.
P.O. Box 12070
Everett, WA 98206-2070

State Board of Equalization
111 E. Navaho Drive, No. 100
Salinas, CA 93906-2453

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279-0001

Target
1000 Nicollet Mall
Minneapolis, MN 55403-2467

Target National Bank
c/o Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-1581

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

Target National Bank
c/o Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-0673

Target National Bank
c/o Weinstein & Riley
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

U.S. Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3661

| | |
|---|---|
| 1 | John Wesolowski |
| 2 | Office of the U.S. Trustee |
|   | 280 South First Street, Room 268 |
| 3 | San Jose, CA 95113-3004 |
| 4 | Wachovia Dealer Services |
|   | Bankruptcy Department |
| 5 | P.O. Box 19657 |
|   | Irvine, CA 92623-9657 |
| 6 | |
| 7 | WFF National Bank |
|   | P.O. Box 94498 |
| 8 | Las Vegas, NV 89193-4498 |

ORDER APPROVING DISCLOSURE STATEMENT (4TH AMENDED)     Case No. 09-54650-ASW

9