Sara J. Lipowitz (State Bar No. 209163)
LAW OFFICE OF SARA J. LIPOWITZ
303 Potrero St., #45-102
Santa Cruz, California 95060
Telephone Number: (831) 427-0546
Facsimile Number: (831) 427-0530
Email Address: saral@lipowitzsolutions.com

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>NOEMI VALDEZ PINEDO and<br>MARGARITO ALONSO PINEDO,<br><br><br>Debtors | Case No. 09-54650-ASW<br><br>Chapter 11<br><br>ATTORNEY'S SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTORS' OBJECTION TO MOTION CONFIRMING NO LIEN STRIPPING OF MOVANT'S FIRST PRIORITY LIEN IS PERMITTED IN ACCORDANCE WITH 11 U.S.C. § 1123 (B)(5) OR IN THE ALTERNATIVE, TO EXTEND THE TIME FOR THE MOVANT TO MAKE AN ELECTION IN ACCORDANCE WITH 11 U.S.C. § 1111(B) UNTIL SUCH TIME AS AN ORDER VALUING THE COLLATERAL IS ENTERED; REQUEST FOR JUDICIAL NOTICE IN SUPPORT |

I, SARA J. LIPOWITZ, attorney for the Debtors NOEMI VALDEZ PINEDO and MARGARITO ALONSO PINEDO, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

ATTORNEY'S SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTORS' OBJECTION TO MOTION
Case No. 09-54650

Case: 09-54650   Doc# 87   Filed: 08/19/10   Entered: 08/19/10 16:50:05   Page 1 of 2

1    1.  At all times relevant to the above-captioned case, Debtors have resided at 418 California St.,

Unit C, Salinas, CA 93901. A true and fair copy of the Voluntary Petition, filed on 6/13/09, is

attached hereto as Exhibit A.

2.  Prior pleadings filed with this Court may have given the impression that the Debtors reside at

406 California St., Salinas, CA 93901. Though Debtors did reside there at one time, they have

not done so since prior to the filing of this case.

3.  The Debtors do not believe that this information changes the Debtors' arguments in this Motion,

but wish to disclose this information in the interests of clarity.


I swear under penalty of perjury under the laws of the United States that the foregoing is true and

correct.


Executed at Santa Cruz, California on August 19, 2010.


/s/ Sara J. Lipowitz

Attorney for the Debtors
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

2
ATTORNEY'S SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTORS' OBJECTION TO
MOTION
Case No. 09-54650