Sara J. Lipowitz (State Bar No. 209163)
LAW OFFICE OF SARA J. LIPOWITZ
303 Potrero St., #45-102
Santa Cruz, California 95060
Telephone Number: (831) 427-0546
Facsimile Number: (831) 427-0530
Email Address: saral@lipowitzsolutions.com

Attorney for Debtors,
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>NOEMI VALDEZ PINEDO and<br>MARGARITO ALONSO PINEDO,<br><br>Debtors. | Case No. 09-54650-ASW<br><br>Chapter 11<br><br>**Date: October 26, 2010**<br>**Time: 1:45 p.m.**<br>**Courtroom: 3020**<br>**Honorable Arthur S. Weissbrodt** |

**NOTICE OF HEARING ON RESPONSE TO DEBTORS' OBJECTION TO CLAIM #10**

TO THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR

TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF SAMI II 2006AR6,

MTG PASS-THROUGH CERTIFICATES, SERIES 2006-AR6, ITS DULY AUTHORIZED

SERVICING AGENCY BAC HOME LOANS SERVICING LP, UNITED STATES TRUSTEE AND

PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT a hearing has been scheduled in response to BANK OF

NEW YORK MELLON's Request for Hearing in Connection with Response to Debtor's Objection to

Claim #10.

NOTICE OF HEARING                                                                  Case No. 09-54650-ASW

1

1  The hearing to consider this matter will be held before the Honorable Arthur S. Weissbrodt, Judge of the United States Bankruptcy Court, 280 South First Street, Courtroom 3020, San Jose, California 95113 on October 26, 2010, at 1:45 p.m. or as soon thereafter as the matter may be heard.

The Debtors consider this matter to already be fully briefed, and ask the Court to take notice of the arguments already submitted as Debtors' Objection to Motion Confirming No Lien Stripping of Movant's First Priority Lien in Accordance with 11 U.S.C. § 1123(b)(5) or, in the Alternative, to Extend the Time for the Movant to Make an Election in Accordance with 11 U.S.C. § 1111(b) Until Such Time as an Order Valuing the Collateral is Entered; Request for Judicial Notice in Support (Docket #82).

Dated:   October 6, 2010

By: /s/ Sara J. Lipowitz
Sara J. Lipowitz, Attorney for Debtors
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

NOTICE OF HEARING                                                                 Case No. 09-54650-ASW

2

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Cruz, State of California. I am over the age of 18 and not a party to the within action. My business address is 303 Potrero Street, No. 45-102, Santa Cruz, California, 95060.

On October 8, 2010, I served the following document:

**NOTICE OF HEARING ON RESPONSE TO DEBTORS' OBJECTION TO CLAIM #10**

on the specified parties in this action by placing true copies thereof enclosed in a sealed envelope and depositing the envelopes with the United States Postal Service with the first-class postage fully pre-paid at Santa Cruz, California, addressed as stated below:

Richard J. Bauer, Jr., Esq.
Miles, Bauer, Bergstrom & Winters, LLP
1231 E Dyer Rd. Ste. 100
Santa Ana, CA 92705

Mark T. Domeyer, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
1231 E Dyer Rd. Ste. 100
Santa Ana, CA 92705

John S. Wesolowski
Office of the U.S. Trustee
280 South First Street, No. 268
San Jose, CA 95113

Prober & Raphael
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Hon. Arthur S. Weissbrodt
U.S. Courthouse
280 South First Street, Room 3035
San Jose, CA 95113-3099

By: /s/ Sara J. Lipowitz
Sara J. Lipowitz, Attorney for Debtors
Noemi Valdez Pinedo and
Margarito Alonso Pinedo

NOTICE OF HEARING                                          Case No. 09-54650-ASW